UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: 10-61682-CIV-MORENO

ANTYONE DEVON PHILIPE,

    Movant,

vs.

UNITED STATES OF AMERICA,

    RESPONDENT.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING MOTION TO VACATE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Movant's Motion to Vacate **(D.E. No. 1)**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 10)** on May 11, 2011. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 10)** on **May 11, 2011** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    the Motion to Vacate is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of May, 2011.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record
Antyone Devon Philipe, *Pro Se*
Reg. No. 81346-004
FCI Herlong
Federal Correctional Institution
P.O. Box 800
Herlong, CA 96112